TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTO VILLALTA MARTINEZ,<br><br>                 Petitioner,<br><br>        v.<br><br>TODD BLANCHE, *et al.*,<br><br>                 Respondents. | Case No. 2:26-cv-01970-RFB-BNW<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories and for Petitioner to file Amended Petition**<br><br>**(First Request)** |

        Petitioner and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories, extending the deadline from July 7, 2026, to July 10, 2026. Further, the parties submit and stipulate that Petitioner will have up to and including July 16, 2026 to file the Amended Petition for Writ of Habeas Corpus. *See* Court's Order, ECF No. 4. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a Notice Regarding Class Membership and Detention Authority and Responses to Interrogatories from July 7, 2026, to July 10, 2026, and to extend the deadline for Petitioner to file the Amended Petition up to and including July 16, 2026.  These requests are made in good faith and not for the purpose of delay.

Respectfully submitted this 7th day of July 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Carmen Brooks*
Carmen Brooks
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
Carmen_Brooks@fd.Org
*Attorney for Petitioner Roberto Villalta Martinez*

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** July 8, 2026.

2